| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | LAUREL BEELER (CSBN 187646)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6765 |
| 7 | FAX: (415) 436-7234<br>Email: laurel.beeler@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 01-270 MMC |
| Plaintiff, | ) ) | STIPULATION AND ORDER RE HEARING DATE |
| v. | ) ) | |
| JAN VAN VUUREN, | ) ) | |
| Defendant. | ) ) ) | |

The case is currently set for status on Wednesday, February 20, 2008, on the defense's motion for return of certain plants. Defense counsel has multiple other court appearances set that same day, and is unavailable. In addition, the parties still are trying to resolve some fact issues relevant to the motion, and more time will be helpful.

Specifically, as to the remaining fact issues, the parties have made progress clarifying what plants are missing, what plants are potentially still at issue (104 plants), where some of those plants are (22 of 104), and what potential issues are as to some of those plants (62 out of 104 plants are attributable to certain shipments where ownership may be an issue). The United States has corresponded with the Fish & Wildlife Service (the agency at issue) asking about the remaining fact questions, sending its most recent letter on

STIPULATION AND ORDER
(CR 01-270 MMC)

| | |
|---|---|
| 1 | February 15, 2008.  This clarification process will take some additional weeks. |
| 2 | Given counsel's availability and the time needed to resolve these issues, the parties |
| 3 | ask the Court to vacate the February 20, 2008, hearing date and re-set the matter for |
| 4 | Wednesday, April 9, 2008, on the Court's regular calendar at 2:30 p.m. |
| 5 | STIPULATED: |

DATED: February 15, 2008            /S/ David Cohen
                                    DAVID COHEN
                                    Attorney for Jan Van Vuuren

DATED: February 15, 2008            /S/ Laurel Beeler
                                    LAUREL BEELER
                                    Assistant United States Attorney

For good cause shown, the Court vacates the February 20, 2008, hearing date and resets the case for April 9, 2008, at 2:30 p.m.

IT IS SO ORDERED.

DATED: February 15, 2008

MAXINE M. CHESNEY
United States District Judge

STIPULATION AND ORDER
(CR 01-270 MMC)                            2