JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

LAUREL BEELER (CSBN 187646)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6765
    FAX: (415) 436-7234
    Email: laurel.beeler@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 01-270 MMC |
| Plaintiff, | STIPULATION AND ORDER RE HEARING DATE |
| v. | |
| JAN VAN VUUREN, | |
| Defendant. | |

The case is currently set for status on Wednesday, April 9, 2008, on the defense's motion for return of certain plants. The parties have now resolved all fact issues about what plants are at issue and where the remaining plants are, and so are in a position to meet and confer about whether they can reach agreement or whether the case should be briefed. The parties both are unavailable on April 9 due to other case conflicts.

Both counsel have trials set but request slightly over 60 days to meet and confer. (60 days falls in the middle of one of the trials, so the parties ask for a slightly longer period.) During this time period, the parties will either settle the case or come up with a schedule to brief any remaining legal issues.

The parties thus ask the Court to vacate the April 9, 2008, hearing date and re-set the

STIPULATION AND ORDER
(CR 01-270 MMC)

1  matter for Wednesday, June 28, 2008, on the Court's regular calendar at 2:30 p.m.

2  STIPULATED:

3  DATED: April 8, 2008                    /s David Cohen
                                            DAVID COHEN
4                                           Attorney for Jan Van Vuuren

5  DATED: April 8, 2008                    /s Laurel Beeler
                                            LAUREL BEELER
6                                           Assistant United States Attorney

7      For good cause shown, the Court vacates the April 9, 2008, hearing date and resets the
8  case for June ~~28~~ 25, 2008, at 2:30 p.m.

9  IT IS SO ORDERED.

10  DATED: April 9, 2008                    _____
                                            MAXINE M. CHESNEY
11                                          United States District Judge

STIPULATION AND ORDER
(CR 01-270 MMC)                             2