| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | LAUREL BEELER (CSBN 187646)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-6765 |
| 7 | FAX: (415) 436-7234<br>Email: laurel.beeler@usdoj.gov |
| 8 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 01-270 MMC |
| Plaintiff, | ) ) | STIPULATION AND ORDER<br>RE HEARING DATE |
| v. | ) ) | |
| JAN VAN VUUREN, | ) ) | |
| Defendant. | ) ) ) | |

The case is currently set for status on Wednesday, June 25, 2008, on the defense's motion for return of certain plants. The parties have now resolved all fact issues about what plants are at issue and where the remaining plants are, and so are in a position to meet and confer about whether they can reach agreement or whether the case should be briefed. The parties have not met yet, and the defense is not available on June 25 due to other case conflicts. The parties have just scheduled a meet-and-confer for Thursday, July 3, 2008. Because of other scheduled case conflicts, September 3, 2008, is the first date the defense is available for a court appearance.

Based on these scheduling issues, the parties ask the Court to reset the June 25, 2008, appearance for September 3, 2008. If the parties reach resolution, no further court

STIPULATION AND ORDER
(CR 01-270 MMC)

1 proceeding will be necessary.  If the parties don't resolve the issue, continuing the case
2 until September 3, 2008, will allow the parties to brief the case, consistent with their other
3 case obligations.
4     Accordingly, the parties thus ask the Court to vacate the June 25, 2008, hearing date
5 and re-set the matter for Wednesday, September 3, 2008, on the Court's regular calendar
6 at 2:30 p.m.
7 STIPULATED:
8 DATED: June 24, 2008                       /s David Cohen
                                              DAVID COHEN
9                                             Attorney for Jan Van Vuuren
10 DATED: June 24, 2008                      /s Laurel Beeler
                                              LAUREL BEELER
11                                            Assistant United States Attorney
12    For good cause shown, the Court vacates the June 25, 2008, hearing date and resets
13 the case for September 3, 2008, at 2:30 p.m.
14 IT IS SO ORDERED.
15 DATED:  June 25, 2008                     _____
                                              MAXINE M. CHESNEY
16                                            United States District Judge

STIPULATION AND ORDER
(CR 01-270 MMC)                            2