JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

LAUREL BEELER (CSBN 187646)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6765
   FAX: (415) 436-7234
   Email: laurel.beeler@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 01-270 MMC |
|    Plaintiff, | STIPULATION AND ORDER RE HEARING DATE |
| v. | |
| JAN VAN VUUREN, | |
|    Defendant. | |

The parties previously met and conferred about a month ago following their resolution of fact issues about the return and whereabouts of certain plants in this case. Defense counsel – after consultation with his client – intends to present a written proposal to the United States but because of case commitments, he has been unable to do so. Counsel for the United States now has a trial set for September 16 that will last about three weeks.

//
//
//
//
//

STIPULATION AND ORDER
(CR 01-270 MMC)

To allow sufficient time for the proposal and discussion, The parties thus ask the Court to reset the status date from September 3, 2008, to November 5, 2008.

STIPULATED:

DATED:             /s David Cohen
DAVID COHEN
Attorney for Jan Van Vuuren

DATED:             /s Laurel Beeler
LAUREL BEELER
Assistant United States Attorney

For good cause shown, the Court vacates the September 3, 2008, hearing date and resets the case for November 5, 2008, at 2:30 p.m.

IT IS SO ORDERED.

DATED: September 3, 2008            /s/ Maxine M. Chesney
MAXINE M. CHESNEY
United States District Judge

STIPULATION AND ORDER
(CR 01-270 MMC)      2