1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  LAUREL BEELER (CSBN 187646)
   Assistant United States Attorney
5
     450 Golden Gate Avenue, Box 36055
6    San Francisco, California 94102-3495
     Telephone: (415) 436-6765
7    FAX: (415) 436-7234
     Email: laurel.beeler@usdoj.gov
8
   Attorneys for Plaintiff
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,      )    No. CR 01-270 MMC
                                  )
14        Plaintiff,              )    STIPULATION AND ORDER
                                  )    RE HEARING DATE
15    v.                          )
                                  )
16 JAN VAN VUUREN,                )
                                  )
17        Defendant.              )
                                  )
18

19     The parties previously met and conferred about a month ago following their resolution

20 of fact issues about the return and whereabouts of certain plants in this case.  Defense

21 counsel – after consultation with his client – intends to present a written proposal to the

22 United States but because of case commitments, he has been unable to do so.  Counsel for

23 the defense also has a conflicting court appearance on November 5, 2008 (the currently-

24 scheduled date), and counsel for the government also has a conflict.

25 //

26 //

27 //

28 //

STIPULATION AND ORDER
(CR 01-270 MMC)

1  To allow sufficient time for the proposal and discussion, The parties thus ask the
2  Court to reset the status date from November 5, 2008, to December 3, 2008.
3  STIPULATED:
4  DATED: November 4, 2008                /s David Cohen
                                           DAVID COHEN
5                                          Attorney for Jan Van Vuuren

6  DATED: November 4, 2008                /s Laurel Beeler
                                           LAUREL BEELER
7                                          Assistant United States Attorney

8  For good cause shown, the Court vacates the November 5, 2008, hearing date and
9  resets the case for December 3, 2008, at 2:30 p.m.
10 IT IS SO ORDERED.
11 DATED: November 4, 2008                _____
                                           MAXINE M. CHESNEY
12                                         United States District Judge

STIPULATION AND ORDER
(CR 01-270 MMC)                    2