JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

LAUREL BEELER (CSBN 187646)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-6765
   FAX: (415) 436-7234
   Email: laurel.beeler@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 01-270 MMC |
|    Plaintiff, ) | STIPULATION AND ORDER RE HEARING DATE |
| v. ) | |
| JAN VAN VUUREN, ) | |
|    Defendant. ) | |

The parties previously met and conferred following their resolution of fact issues about the return and whereabouts of certain plants in this case. Defense counsel – after consultation with his client – intends to present a written proposal to the United States but because of case commitments, he has been unable to do so. Counsel for the defense also has a conflicting court appearance on December 3, 2008 (the currently-scheduled date), and counsel for the government also has a conflict.

//

//

//

//

STIPULATION AND ORDER
(CR 01-270 MMC)

1 | To allow sufficient time for the proposal and discussion, the parties thus ask the Court
2 | to reset the status date from December 3, 2008, to January 14, 2009.
3 | STIPULATED:
4 | DATED: December 3, 2008                    /s David Cohen
5 |                                            DAVID COHEN
    |                                            Attorney for Jan Van Vuuren
6 | DATED: December 3, 2008                    /s Laurel Beeler
7 |                                            LAUREL BEELER
    |                                            Assistant United States Attorney
8 | For good cause shown, the Court vacates the December 3, 2008, hearing date and
9 | resets the case for ~~January 14, 2009, at 2:30 p.m.~~  Friday, January 16, 2009, at 2:00 p.m.
10 | IT IS SO ORDERED.
11 | DATED: December 3, 2008                   [signature]
12 |                                            MAXINE M. CHESNEY
    |                                            United States District Judge

STIPULATION AND ORDER
(CR 01-270 MMC)                              2