JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

LAUREL BEELER (CSBN 187646)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6765
    FAX: (415) 436-7234
    Email: laurel.beeler@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 01-270 MMC |
|     Plaintiff, | STIPULATION AND ORDER RE HEARING DATE |
| v. | |
| JAN VAN VUUREN, | |
|     Defendant. | |

    The parties previously met and conferred following their resolution of fact issues about the return and whereabouts of certain plants in this case. Defense counsel – after consultation with his client – intends to present a written proposal to the United States but because of case commitments and issues around coordinating and finalizing his presentation, he has been unable to do so. Counsel for the defense also has a conflicting court appearance on January 15, 2009 (the currently-scheduled date).

//

//

//

//

STIPULATION AND ORDER
(CR 01-270 MMC)

1  To allow sufficient time for the proposal and discussion, the parties thus ask the Court
2  to reset the status date from January 16, 2009, to March 18, 2009.  (March 18 appears to
3  be available on the Court's on-line calendar, but if the Court holds a Friday calendar that
4  week, the parties also are available on March 20, 2009.)

5  STIPULATED:

6  DATED: January 16, 2009              /s David Cohen
                                        DAVID COHEN
7                                       Attorney for Jan Van Vuuren

8  DATED: January 16, 2009              /s Laurel Beeler
                                        LAUREL BEELER
9                                       Assistant United States Attorney

10  For good cause shown, the Court vacates the January 16, 2009, hearing date and resets
11  the case for March 18, 2009, at 2:30 p.m.

12  IT IS SO ORDERED.

13  DATED: January 16, 2009              _____
                                        MAXINE M. CHESNEY
14                                       United States District Judge

STIPULATION AND ORDER
(CR 01-270 MMC)                         2