JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney

BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division

LAUREL BEELER (CSBN 187646)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6765
    FAX: (415) 436-7234
    Email: laurel.beeler@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 01-270 MMC |
|     Plaintiff, | STIPULATION AND ORDER RE HEARING DATE |
| v. | |
| JAN VAN VUUREN, | |
|     Defendant. | |

    The parties previously met and conferred following their resolution of fact issues about the return and whereabouts of certain plants in this case. Defense counsel – after consultation with his client – intends to present a written proposal to the United States but because of case commitments and issues around coordinating and finalizing his presentation, he has been unable to do so. Counsel for the United States also has had a last-minute opportunity to travel to Jordan for a rule of law project, leaving March 7, 2009, returning March 20, 2009. On her return, she has a Ninth Circuit brief due on April 12, 2009, and a trial on April 20, 2009. Given her expectation that she will need to confer with defense counsel, the parties propose April 29, 2009, as the next date.

    The parties thus ask the Court to reset the status date from March 18, 2009, to April

STIPULATION AND ORDER
(CR 01-270 MMC)

1  29, 2009.  (April 29 appears to be available on the Court's on-line calendar.)

2  STIPULATED:

3  DATED: March 9, 2009                    /s David Cohen
                                           DAVID COHEN
4                                          Attorney for Jan Van Vuuren

5  DATED: March 9, 2009                    /s Laurel Beeler
                                           LAUREL BEELER
6                                          Assistant United States Attorney

7      For good cause shown, the Court vacates the March 18, 2009, hearing date and resets

8  the case for April 29, 2009, at 2:30 p.m.

9  IT IS SO ORDERED.

10 DATED: March 10, 2009                   _____
                                           MAXINE M. CHESNEY
11                                         United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND ORDER
(CR 01-270 MMC)                      2