```
1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney
2
                                                    E-filing
   BRIAN J. STRETCH (CSBN 163973)
3  Chief, Criminal Division

4  LAUREL BEELER (CSBN 187646)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-6765
7      FAX: (415) 436-7234
       Email: laurel.beeler@usdoj.gov
8
   Attorneys for Plaintiff
9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 01-270 MMC |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER RE HEARING DATE |
| v. | ) | |
| JAN VAN VUUREN, | ) | |
| Defendant. | ) | |

The case is set on calendar for April 29, 2009. Defense counsel has advised the government that he will present his written proposal by the end of this week to the United States about the return of certain plants at issue in his motion. The parties then will meet and confer about it next week. Because of both counsels' work commitments, the parties ask the Court to vacate the April 29 appearance and reset it for May 27, 2009.

STIPULATED:

DATED:                                   /s David Cohen
                                         DAVID COHEN
                                         Attorney for Jan Van Vuuren

DATED:                                   /s Laurel Beeler
                                         LAUREL BEELER
                                         Assistant United States Attorney

STIPULATION AND ORDER
(CR 01-270 MMC)

1  The Court vacates the April 29, 2009, hearing date and resets the case for May 27,
2  2009, at 2:30 p.m.
3  IT IS SO ORDERED.
4  DATED: _____APR 2 0 2009_____

MAXINE M. CHESNEY
United States District Judge

STIPULATION AND ORDER
(CR 01-270 MMC)                                    2