| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CSBN 163973)<br>Chief, Criminal Division |
| 4 | LAUREL BEELER (CSBN 187646)<br>Assistant United States Attorney |

LAUREL BEELER (CSBN 187646)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6765
    FAX: (415) 436-7234
    Email: laurel.beeler@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 01-270 MMC |
|     Plaintiff, | ) | STIPULATION ~~AND ORDER~~ RE HEARING DATE |
| v. | ) | AMENDED |
| JAN VAN VUUREN, | ) | ORDER CONTINUING HEARING TO JULY 29, 2009 |
|     Defendant. | ) | |

The case is set for May 27, 2009. Defense counsel has conflicting case responsibilities, including court in San Mateo on May 27 and a trial beginning May 28, and he is completely unavailable until early July. At that point, he will be able to present his proposal to the United States, and he is confident that the parties can resolve the matter or move forward by July. The parties ask the Court to vacate the May 27 appearance and reset it for July 22, 2009.

STIPULATED:

DATED:                                         /s David Cohen
                                                    DAVID COHEN
                                                    Attorney for Jan Van Vuuren

DATED:                                         /s Laurel Beeler
                                                    LAUREL BEELER
                                                    Assistant United States Attorney

STIPULATION AND ORDER
(CR 01-270 MMC)

1  The Court vacates the May 27, 2009, hearing date and resets the case for July ~~22,~~ 29
2  2009, at 2:30 p.m.  **No further extensions will be granted.**
3  IT IS SO ORDERED.
4  DATED: May 27, 2009
                                                             _____
                                                             MAXINE M. CHESNEY
5                                                            United States District Judge

STIPULATION AND ORDER
(CR 01-270 MMC)                                2