```
JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
BRIAN J. STRETCH (CSBN 163973)
Chief, Criminal Division
LAUREL BEELER (CSBN 187646)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6765
    FAX: (415) 436-7234
    Email: laurel.beeler@usdoj.gov

Attorneys for Plaintiff
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 01-270 MMC |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER |
| ) | RE HEARING DATE |
| v. ) | |
| ) | |
| JAN VAN VUUREN, ) | |
| ) | |
| Defendant. ) | |

The case is set for July 29, 2009.  The parties submitted the prior continuance for July 22, a date defense counsel was available, but the Court set the hearing for July 29, 2009. Defense counsel is out of town, returning the week of August 17.  Counsel for the government has all day interviews on Wednesday, August 19, 2009.  Both parties are in town on Wednesday, August 16, 2009, for the regular 2:30 calendar (though defense counsel would prefer – based on other case commitments – to set the matter in October). Accordingly, the parties ask the Court to vacate the July 29, 2009. Date and reset it for August 19, 2009, or in October.

STIPULATED:

DATED:   7/28/2009                              /s David Cohen
                                                DAVID COHEN
                                                Attorney for Jan Van Vuuren

DATED:   7/28/2009                              /s Laurel Beeler
                                                LAUREL BEELER
                                                Assistant United States Attorney

STIPULATION AND ORDER
(CR 01-270 MMC)

1  The Court vacates the July 29, 2009, hearing date and resets the case for August 19
2  2009, at 2:30 p.m.
3  IT IS SO ORDERED.
4  DATED: July 29, 2009

_____
MAXINE M. CHESNEY
United States District Judge