1    JOSEPH P. RUSSONIELLO (CASBN 44332)
     United States Attorney
2    BRIAN J. STRETCH (CABN 163973)
     Chief, Criminal Division
3    NATALIE K. WIGHT (ORSBN 35576)
     Special Assistant United States Attorney
4
5        450 Golden Gate Avenue, 11th Floor
         San Francisco, CA 94102
         Telephone: 415.436.6937
6        Facsimile: 415.436.7234
         Email: natalie.wight@usdoj.gov
7
     Attorneys for United States of America
8

9                        UNITED STATES DISTRICT COURT

10                      NORTHERN DISTRICT OF CALIFORNIA

11                         SAN FRANCISCO DIVISION

12   UNITED STATES OF AMERICA,          )       No. CR 01 270 MMC
                                        )
13       Plaintiff,                     )       JOINT STIPULATION
                                        )       AND [PROPOSED] ORDER
14   v.                                 )       RESCHEDULING RESPONSE AND
                                        )       HEARING
15   JAN VAN VUUREN,                    )
                                        )
16       Defendant.                     )
                                        )
17   _____)

18   It is hereby stipulated by the United States and counsel for the Defendant that the response dates

19   and hearing be pushed forward due to a brief delay in accessing the transcripts from the

20   Defendant's sentencing hearing and retrieving the U.S. Fish and Wildlife Service (USFWS)

21   Report of Investigation related to the seized money and personal property of the Defendant (the

22   records were recently transferred from the USFWS Law Enforcement headquarters in

23   Washington D.C., to the new office in Denver, Colorado, and are in storage).  The government

24   has received confirmation from the USFWS that the records can be hand-searched by

25   December 1, 2009.  Additionally, the parties are still in the process of discussing a possible

26   settlement resolution.  Accordingly, the parties request the Court to vacate the Plaintiff's

27   response date of November 3, 2009; the Defendant's reply date of November 10, 2009; and the

28   hearing date of November 18, 2009.  The parties further request that the Plaintiff's response date

     JOINT STIPULATION AND [PROPOSED] ORDER TO RESET RESPONSE & HEARING
     (CR 01 270 MMC)

1  be rescheduled to December 9, 2009; the Defendant's reply be rescheduled to December 16,

2  2009; and the hearing rescheduled for January , 2009, or as soon thereafter as the matter may be

3  heard by the Court.

4

5  STIPULATED AND RESPECTFULLY SUBMITTED BY:

6

7  DATED: 11/3/2009          ____/s David Cohen_____

8                                         DAVID COHEN, Attorney for Jan Van Vuuren

9

10 DATED: 11/3/2009          ____/s Natalie Wight_____

11                                        NATALIE WIGHT, Special Asst. United States Attorney

12

13

14                                        ~~[PROPOSED]~~ ORDER

15

16         Pursuant to the Stipulation between the parties and for good cause shown, the Response

17 for the Plaintiff on the Defendant's Motion will be rescheduled to __December 9, 2009_____;

18 the Defendant's Reply will be rescheduled to __December 16, 2009_____; and the hearing will

19 be rescheduled for __January 6, 2010_____.

20

21 IT IS SO ORDERED.

22

23 Dated:__November 4, 2009____              _____

24                                        HONORABLE MAXINE M. CHESNEY
                                           United States District Judge

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO RESET RESPONSE & HEARING
(CR 01 270 MMC)                              2