JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney
BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division
NATALIE K. WIGHT (ORSBN 35576)
Special Assistant United States Attorney
    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102
    Telephone: 415.436.6937
    Facsimile: 415.436.7234
    Email: natalie.wight@usdoj.gov

Attorneys for United States of America

DAVID J. COHEN, ESQ.
Bay Area Criminal Lawyers, PC
    300 Montgomery Street, Suite 660
    San Francisco, CA 94104
    Telephone: 415.398.3900
    Facsimile: 415.398.7500
    Email: djcohen@bayareacrimlaw.com

Attorney for Defendant Van Vuuren

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAN VAN VUUREN, <br><br> Defendant. | No. CR 01 270 MMC <br><br> JOINT STIPULATION AND [PROPOSED] ORDER RESCHEDULING RESPONSE AND HEARING |

    The United States and counsel for the Defendant are in the process of working out the final terms and procedures necessary to effectuate a settlement in response to the Defendant's Motion to Enforce the Plea Agreement and Motion for Return of Seized Plants. Although the parties expect an informal resolution to this matter, to ensure that the matter stays on a timely schedule, it is hereby stipulated by the United States and counsel for the Defendant that the response dates and hearing be continued so that the parties may continue to work out the terms of

JOINT STIPULATION AND [PROPOSED] ORDER TO RESET RESPONSE & HEARING
(CR 01 270 MMC)

1  the settlement agreement.  Accordingly, the parties request the Court to vacate the Plaintiff's
2  response date of December 9, 2009; the Defendant's reply date of December 16, 2009; and the
3  hearing date of January 6, 2010.  The parties further request that the Plaintiff's response date be
4  rescheduled to January 13, 2010; the Defendant's reply be rescheduled to January 20, 2010; and
5  the hearing rescheduled for February 10, 2010, or as soon thereafter as the matter may be heard
6  by the Court.

7  STIPULATED AND RESPECTFULLY SUBMITTED BY:

9  DATED: 12/8/2009          ____/s David Cohen_____
10                                        DAVID COHEN, Attorney for Jan Van Vuuren

12  DATED: 12/8/2009          ____/s Natalie Wight_____
13                                        NATALIE WIGHT, Special Asst. United States Attorney

15                                        **[PROPOSED] ORDER**

17         Pursuant to the Stipulation between the parties and for good cause shown, the Response
18  for the Plaintiff on the Defendant's Motion ~~will be~~ is rescheduled to __January 13, 2010__;
19  the Defendant's Reply ~~will be~~ is rescheduled to __January 20, 2010__; and the hearing will
20  be rescheduled for __February 10, 2010__.

22  IT IS SO ORDERED.

24  Dated: __December 10, 2009__            /s/ Maxine M. Chesney
25                                        HONORABLE MAXINE M. CHESNEY
                                          United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER TO RESET RESPONSE & HEARING
(CR 01 270 MMC)                          2