1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division
3  NATALIE K. WIGHT (ORSBN 35576)
   Special Assistant United States Attorney
4      450 Golden Gate Avenue, 11th Floor
       San Francisco, CA 94102
5      Telephone: 415.436.6937
       Facsimile: 415.436.7234
6      Email: natalie.wight@usdoj.gov

7  Attorneys for United States of America

8  DAVID J. COHEN, ESQ.
   Bay Area Criminal Lawyers, PC
9      300 Montgomery Street, Suite 660
       San Francisco, CA 94104
10     Telephone: 415.398.3900
       Facsimile: 415.398.7500
11     Email: djcohen@bayareacrimlaw.com

12 Attorney for Defendant Van Vuuren

                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                         SAN FRANCISCO DIVISION

   UNITED STATES OF AMERICA,        )   No. CR 01 270 MMC
                                    )
            Plaintiff,               )
                                    )   JOINT STIPULATION
       v.                            )   AND [PROPOSED] ORDER
                                    )   VACATING RESPONSE AND HEARING
   JAN VAN VUUREN,                   )
                                    )
            Defendant.               )
   _____ )

       The Defendant and the United States have agreed on a settlement in lieu of further litigation on the matter of the Defendant's Motion to Enforce the Plea Agreement and Motion for Return of Seized Plants. Counsel for the Defendant and the United States are in the process of finalizing the settlement documents and obtaining all necessary signatures. Accordingly, the parties request that the Court vacate the Plaintiff's response date of January 13, 2010; the Defendant's reply date of January 20, 2010; and the hearing date of February 10, 2010. The

JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE RESPONSE AND HEARING
(CR 01 270 MMC)

parties will submit a copy of the Settlement Agreement and the related Motion to Dismiss the Defendant's Motion to Enforce the Plea Agreement and Motion for Return of Seized Plants as soon as the finalized documents are signed.

STIPULATED AND RESPECTFULLY SUBMITTED BY:

DATED: January 12, 2010        ____/s David Cohen_____
                               DAVID COHEN, Attorney for Jan Van Vuuren


DATED: January 12, 2010        ____/s Natalie Wight_____
                               NATALIE WIGHT, Special Asst. United States Attorney


## [~~PROPOSED~~] ORDER

Pursuant to the Stipulation between the parties and for good cause shown, the Response for the Plaintiff on the Defendant's Motion due January 13 ,2010; the Defendant's Reply due January 20, 2010; and the hearing scheduled for February 10, 2010, are hereby vacated.

IT IS SO ORDERED.

Dated: _January 14, 2010_                HONORABLE MAXINE M. CHESNEY
                                         United States District Judge

JOINT STIPULATION AND [PROPOSED] ORDER TO VACATE RESPONSE AND HEARING
(CR 01 270 MMC)                          2