DAVID J. COHEN, ESQ.
California Bar No. 145748
**BAY AREA CRIMINAL LAWYERS, PC**
300 Montgomery Street, Suite 660
San Francisco, CA 94104
Telephone:  (415) 398-3900

Attorneys for Defendant **Jan Van Vuuren**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(**HON. MAXINE M. CHESNEY**)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ROLF BAUER and JAN VAN VUUREN,<br><br>        Defendants. | Criminal No.: CR 01-270 MMC<br><br>**SUBSTITUTION OF ATTORNEYS AND [PROPOSED] ORDER THEREON**<br><br>ORDER CONDITIONALLY GRANTING SUBSTITUTION |

Jan Van Vuuren, in pro per, is hereby substituted in place and stead of current attorney of record David J. Cohen, Esq. of Bay Area Criminal Lawyers, PC.

Dated: January 26, 2011          **BAY AREA CRIMINAL LAWYERS, PC**

                                 By: /s/David J. Cohen
                                     DAVID J. COHEN, ESQ.
                                     Attorneys for Defendant
                                     **Jan Van Vuuren**

Dated: January 26, 2011          By: /s/Jan Van Vuuren
                                     JAN VAN VUUREN
                                     **Defendant**

1

1  **IT IS SO ORDERED**, provided, however, that David J. Cohen shall remain counsel of record unless and until Jan Van Vuuren files with the Clerk a notice setting forth his current mailing address and phone number.

Dated: February 7, 2011

_____
THE HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

2